BERYL MING YU YOU,
Plaintiff–Appellant,

v.

Dr. James H. TOLLEY; Nurse Susan Zayac; Medical University of South Carolina, Defendants–Appellees.

No. 14–1903.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 22, 2014.

Beryl Ming Yu You, Appellant Pro Se. Stephen Lynwood Brown, Russell Grainger Hines, Young Clement Rivers, LLP, Charleston, South Carolina, for Appellees.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beryl Ming Yu You appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *You v. Tolley*, No. 2:13–cv–01683–DCN, 2014 WL 3881039 (D.S.C. Aug. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*